IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOSHUA D. SPRINGER

Criminal No. 20 -65

## ARRAIGNMENT PLEA

Defendant JOSHUA D. SPRINGER

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)