IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA D. SPRINGER, | ) | Criminal No. 20-65 |
| | ) | |
| Defendant. | ) | Electronically Filed |

ENTRY OF APPEARANCE

Kindly enter my appearance in this case on behalf of JOSHUA D. SPRINGER.

Respectfully submitted,

   s/ Martin A. Dietz            .
Martin A. Dietz, Esquire
Pa. I.D. No. 69182


The Mitchell Building
304 Ross Street, Suite 505
Pittsburgh, PA 15219
(412) 261-5520

Attorney for Defendant,
JOSHUA D. SPRINGER