IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSHUA D. SPRINGER, | )   Criminal No. 20-65 |
| | ) |
| Defendant. | )   Electronically Filed |

ORDER OF COURT

AND NOW, this  26th  day of  March , 2020, upon consideration of the Motion to Continue Waiver of Indictment and Plea filed by Defendant, Joshua D. Springer, IT IS ORDERED that said Motion is GRANTED.  The waiver of indictment and plea shall occur on  Thursday April 30, 2020 at 2:15 PM .

IT IS FURTHER ORDERED that the period from April 1, 2020 through  April 30, 2020  be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161 et. seq. because for the reasons stated in the defendant's motion, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits of the Act and that the extension is reasonably necessary for the defendant and counsel to prepare effectively and the ends of justice served by the continuance outweigh the interest of the public and Defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A), (B)(ii).

*[signature: Marilyn J. Horan]*
MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE