IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 20-65 ) ) |
| v. | ) ) |
| JOSHUA D. SPRINGER, | ) ) |
| Defendant.. | ) ) ) |

**ORDER**

And now, this ___22nd___ day of April, 2020, upon consideration of the Motion To Schedule this Case for Preparation of a Pre-Plea Presentence Investigation Report and to Schedule a Waiver of Indictment, Entry of Plea and a Sentencing Hearing filed by Defendant, Joshua D. Springer, IT IS HEREBY ORDERED THAT said motion is GRANTED.  IT IS FURTHER ORDERED THAT:

1. The United States Probation Office shall forthwith begin preparation of a Presentence Investigation Report for the above defendant and case.

2. The Waiver of Indictment and Entry of Guilty Plea for the above defendant and case is scheduled for __Monday June 22, 2020 at 1:30 PM__.

3. Absent further order of court, the Presentence Investigation Report shall be delivered to defense counsel, Martin A. Dietz, Esquire, and the Assistant United States Attorney, Lee Karl, Esquire, upon the later of the entry of Change of Plea or upon the completion of the Presentence Investigation Report.

4. Sentencing Hearing for the above Defendant and case is scheduled for __Monday August 24, 2020 at 9:15 AM__.

5. The extension of time caused by this motion and Order through the sentencing date, April 21, 2020 through __June 22, 2020__ is deemed excludable under the Speedy

Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of justice served by granting this Motion outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161 (h)(7)(A), since, for the reasons stated in the defendant's motion, the failure to grant such continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(7)(B)(iv).

_____
MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE