AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:20-cr-00065-MJH-1 |
| JOSHUA SPRINGER | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/22/2020

_Defendant's signature_

_Signature of defendant's attorney_

Martin A. Dietz
_Printed name of defendant's attorney_

_Judge's signature_

MARILYN J. HORAN, U.S. DISTRICT JUDGE
_Judge's printed name and title_