IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 20-65 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSHUA D. SPRINGER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**MOTION TO TRAVEL**

AND NOW comes Defendant, Joshua D. Springer ("Mr. Springer"), by and through his attorney, Martin A. Dietz, Esquire, and respectfully requests that he be permitted to travel upon the following basis:

1. On June 23, 2020, the defendant pled guilty to violating 18 U.S.C. §1001(a)(3) and §2. He remains free on bond pending sentencing.

2. Mr. Springer respectfully requests that he be permitted to travel to Potter County, Pennsylvania for a family camping trip between July 3, 2020 and July 6, 2020.

3. Undersigned counsel has communicated with counsel for the United States of America, Assistant United States Attorney Lee Karl, about the instant request and he has no objection to the requested travel.

WHEREFORE, Defendant, Joshua D. Springer respectfully requests the Court to grant him permission to travel to Potter County, Pennsylvania between July 3, 2020 and July 6, 2020.

Respectfully submitted,

   s/ Martin A. Dietz
Martin A. Dietz, Esquire
Pa. I.D. No. 69182

The Mitchell Building
304 Ross Street, Suite 505
Pittsburgh, PA 15219
(412) 261-5520

Attorney for Defendant,
JOSHUA D. SPRINGER