## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 20-65 |
| v. | ) |
| JOSHUA D. SPRINGER, | ) |
| Defendant.. | ) |

## ORDER

And now, this __20th__ day of __August__, 2020, upon due consideration of the Motion to Conduct Sentencing Hearing By Videoconference filed by Defendant, Joshua D. Springer, and upon the request and consent of the Defendant, Joshua D. Springer, the Court finds and concludes that, for the reasons stated in the Motion, the Sentencing Hearing in this case cannot be further delayed without substantial harm to the interests of justice.  Therefore, Defendant's Sentencing Hearing shall be conducted via videoconference and will occur as previously scheduled.  The instructions to connect to the Sentencing Hearing by video will be distributed via email to all counsel of record prior to the hearing.  Counsel for the Defendant shall provide the instructions to the Defendant.

s/*Marilyn J. Horan*
_____
MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE