IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-65 |
| | ) | |
| JOSHUA SPRINGER | ) | |

POSITION OF GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America, by and through its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Lee J. Karl, Assistant U.S. Attorney for said district, and files the following Position of the Government with Respect to Sentencing Factors: The government has no objections, additions or modifications to the Presentence Report.

    Respectfully submitted,

    SCOTT W. BRADY
    United States Attorney

    s/ Lee J. Karl
    LEE J. KARL
    Assistant U.S. Attorney
    U.S. Post Office and Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    412/894-7488
    412/894-7311 (facsimile)
    lee.karl@usdoj.gov
    PA ID No. 87856