IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 20-65 |
| | ) | |
| JOSHUA SPRINGER | ) | |

DEFENDANT, JOSHUA SPRINGER'S, POSITION
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes Defendant, Joshua Springer, by and through his attorney, Martin A. Dietz, Esquire, respectfully submits the within Defendant, Joshua Springer's, Position With Respect to Sentencing Factors as follows:

Undersigned counsel has conferred with Assistant United States Attorneys Lee Karl and United States Probation Officer, Ronald Meder, as required by Rule 32.1 of the Local Rules of Court. Mr. Springer has no objections, additions or modifications to the Presentence Report relative to the Probation Officer's calculation of a Guideline Sentence Range.

Respectfully submitted,

 s/ Martin A. Dietz
Martin A. Dietz, Esquire
Pa. I.D. No. 69182

The Mitchell Building
304 Ross Street, Suite 505
Pittsburgh, PA 15219
(412) 261-5520

Attorney for Defendant,
Joshua Springer