IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| JOSHUA SPRINGER, | ) | 2:-20-CR0065-MJH |
| Defendant. | ) | |

## MINUTE ENTRY

**Hearing Date:** August 24, 2020
**Time**: 1:31 PM- 2:01 PM
**Type of Hearing or Conference:** SENTENCING
**Reporter:** B. Leo
**Deputy Clerk/Law Clerk:** J.Biggs/J. Spanner

**Counsel for Government**          **Counsel for Defendant**
Lee Karl                                            Martin Dietz
Ronald Meder, Probation
Kevin Walsh, Department of Transportation
Samantha Bell, Federal Bureau of Investigation

### Summary of Proceedings

Oath administered to defendant. Court acknowledged proceedings conducted by Zoom Video Conference. The Defendant is sentenced to 3 years of Probation at count 1 of the Information. Special Assessment $100.00. Fine Waived.

1