# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs**<br><br>**JOSHUA D. SPRINGER,**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) | **Criminal No: 2:20-CR-00065-1-MJH** |

## <u>ORDER APPOINTING COUNSEL</u>

NOW on this 9th day of September, 2020, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his right to the appointment of counsel, attorney MARTIN A. DIETZ  is appointed as counsel for defendant JOSHUA D. SPRINGER pursuant to provisions on the Criminal Justice Act, 18 U.S.C §3006A.

This appointment is effective the 10th day of March, 2020.


*s/Marilyn J. Horan*
_____
Marilyn J Horan
United States District Judge