IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA



JUN 25 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America )
)
vs. )   Criminal Number **20-65**
)
**JOSHUA SPRINGER** )

The above named defendant satisfied the judgment of **AUGUST 24, 2020**
By paying on **MAY 26, 2021** the full balance due on court ordered:

      __X__ ASSESSMENT

      _____ FINE

      _____ RESTITUTION

      _____ JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

s/Michael J. Lutz                                          6/25/2021
Deputy Clerk                                               Date